NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER LEE LIPPETT,  )
                          )
         Appellant,       )
                          )
v.                        )         Case No. 2D19-2163
                          )
STATE OF FLORIDA,         )
                          )
         Appellee.        )
_____)

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.


PER CURIAM.

Affirmed. See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Holley v. State, 128 So. 3d 111 (Fla. 4th DCA 2013); Smith v. State, 82 So. 3d 823 (Fla. 4th DCA 2011); Felton v. State, 919 So. 2d 557 (Fla. 5th DCA 2005); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.